EX PARTE GUNTER, IN RE STATE EX REL. ATTORNEY GENERAL v. GUNTER.

(Decided May 30, 1915. Rehearing denied June 30, 1915.)

CERTIORARI to Court of Appeals.

HILL, HILL, WHITING & STERN, and R. T. RIVES, for petitioner. W. L. MARTIN, Attorney General, and T. H. SEAY, Assistant Attorney General.

Per Curiam. Writ denied on the authority of *In re Gunter, State ex rel. Attorney General v. Gunter, Infra,* 69 South. 442.

---

EX PARTE JONES v. B'HAM RY. L. & P. CO.

(Decided June 17, 1915.)

CERTIORARI to Court of Appeals.

HARSH, BEDDOW & FITTS, for petitioner. TILLMAN, BRADLEY & MORROW, contra.

SAYRE, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Jones v. Birmingham Ry. L. & P. Co.,* 12 Ala. App. 474, 67 South. 801.

All the Justices concur.

---

EX PARTE KIMBALL.

(Decided October 26, 1915.)

Original petition in Supreme Court for Manadmus.

FREDERICK G. BROMBERG, for petitioner. No counsel marked contra.

Per Curiam. Mandamus denied.

---

EX PARTE KIMBALL.

(Decided October 14, 1915.)

Original petition in Supreme Court for writ of prohibition.

FREDERICK G. BROMBERG, for petitioner. SHELTON SIMS and FRANCIS J. INGE, contra.

Per Curiam. Prohibition denied.

---

### EX PARTE KIMBALL.

(Decided October 26, 1915.)

Original petition in Supreme Court for Mandamus.

FREDERICK G. BROMBERG, for petitioner. No counsel marked contra.

Per Curiam. Writ of mandamus denied.

---

### EX PARTE LACEY v. THE STATE.

(Decided May 20, 1915. Rehearing denied June 30, 1915.)

CERTIORARI to Court of Appeals.

RUSHTON, WILLIAMS & CRENSHAW, and HILL, HILL, WHITING & STERN, for petitioner. WILLIAM L. MARTIN, Attorney General, contra.

SOMERVILLE, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Theo Lacey v. The State,* 68 South. 706.

All the Justices concur.

---

### EX PARTE LEWIS v. THE STATE.

(Decided June 17, 1915.)

CERTIORARI to Court of Appeals.

ESPY & FARMER, for petitioner. WILLIAM L. MARTIN, Attorney General, contra.

THOMAS, J.—Writ denied to review the judgment and decision of the Court of Appeals in the case of *Lewis v. The State,* 68 South. 792.

All the Justices concur.